UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jinyoung LEE

                Plaintiff,

-v-

U.S.C.I.S, et al.

                Defendant.

Case No. 08 cv 01022

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Jinyoung LEE  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Date: January 30, 2008

**Signature of Attorney**
Daniel Shabasson

**Attorney Bar Code:** DS 5740