AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Jinyoung LEE

V.

U.S. Citizenship & Immigration Services, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-01022

TO: (Name and address of Defendant)

(1) Emilio T. Gonzalez, Director, U. S. Citizenship and Immigration Services
425 Eye St. N.W. Washington D.C. 20536;
(2) Evelyn Upchurch, Director, Texas Service Center
U.S. Citizenship & Immigration Services, Mesquite, TX 75185;
(3) Michael Mukasey, Attorney General, U. S. Department of Justice
950 Pennsylvania Ave, NW, Washington, DC 20530-0001
(4) Robert S. Mueller, III, Director of Federal Bureau of Investigation
935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001
(5) Mark J. Mershon, Assistant District Director
FBI New York Filed Office, 26 Federal Plaza, New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Shabasson
Pollack, Pollack, Isaac & DeCicco
225 Broadway, Suite 307
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_

DATE  JAN 31 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02/01/2008 |
| NAME OF SERVER (PRINT) Daniel Shabasson | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
US Attorney's Office, Civil Division
86 Chambers Street, New York, NY 10007    Served on 2/1/08 in person by undersigned

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): on 2/1/08
Copies of the summons and complaint also mailed to:
and mailed to: Office of Immigration Litigation
PO Box 878 Ben Franklin Station

(1) Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services 425 Eye St. N.W. Washington D.C. 20536;
(2) Evelyn Upchurch, Director, Texas Service Center U.S. Citizenship & Immigration Services, Mesquite, TX 75185;
(3) Michael Mukasey, Attorney General, U.S. Department of Justice 950 Pennsylvania Ave, NW, Washington, DC 20530-0001
(4) Robert S. Mueller, III, Director of Federal Bureau of Investigation 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001
(5) Mark J. Mershon, Assistant District Director FBI New York Filed Office, 26 Federal Plaza, New York, NY 10278

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL Washington, DC 20044 | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 1, 2008    *[signature]*
Date    Signature of Server

Daniel Shabasson, Attorney

Address of Server

POLLACK, POLLACK,
ISAAC & DECICCO, ESQS.
225 BROADWAY-SUITE 307
NEW YORK, NEW YORK 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.