UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JINYOUNG LEE,

              Plaintiff,                   **ECF CASE**

   v.

                                          08 Civ. 1022 (PKC)

EMILIO T. GONZALEZ, DIRECTOR U. S.
CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,                         NOTICE OF APPEARANCE

              Defendants.
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          February 13, 2008

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                             By:   /s/_____
                                              DAVID BOBER
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2718
                                              Facsimile: (212) 637-2786
                                              Email: david.bober@usdoj.gov

To:    Daniel Shabasson, Esq.
        Pollack, Pollack, Isaac & DeCicco
        225 Broadway, Suite 307
        New York, NY 10007