

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718
david.bober@usdoj.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JINYOUNG LEE,

                Plaintiff,

                - v. -

EMILIO T. GONZALES, et al.,

                Defendants.
------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 1022 (PKC)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
      April 2, 2008

By: _/s/ Daniel Shabasson_
DANIEL SCOTT SHABASSON, ESQ.
POLLACK, POLLACK, ISAAC & DeCICCO
Attorneys for Plaintiff
225 Broadway, Suite 307
New York, NY 10007
Tel. No.: (212) 233-8100

Dated: New York, New York
      April 9, 2008

By: _/s/ David Bober_
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED: _/s/ P. Kevin Castel_
HON. P. KEVIN CASTEL
United States District Judge
4-9-08